■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERTO PIZARRO, Appellant. [730 NYS2d 431] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered May 18, 1998, convicting defendant, upon his plea of guilty, of attempted arson in the second degree, and sentencing him, as a second felony offender, to a term of six years, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record. Contrary to defendant's contention, the evidence established that *Miranda* warnings were read to defendant upon his arrival at the precinct. The strategy employed by the police to obtain defendant's presence at the precinct, and their concealment from defendant of the true purpose of the interview, does not warrant suppression since it was not so fundamentally unfair as to deny due process nor was it likely to induce a false confession (*see, People v Tarsia*, 50 NY2d 1, 11). Concur—Rosenberger, J. P., Mazzarelli, Ellerin, Saxe and Buckley, JJ.